# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00608-CV

**Sharon L. Epstein; Paul J. Gebauer; Jessie B. Gebauer; Ira L. Epstein;
and All Occupants of 2335 Wright Circle, Round Rock, Texas 78664, Appellants**

**v.**

**Bank of America, N.A., Appellee**

### FROM THE COUNTY COURT OF LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-1847-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Several months ago, the occupants of 2335 Wright Circle in Round Rock perfected this appeal from a trial court judgment in favor of Bank of America, N.A., in a forcible entry and detainer case. Since that time, our disposition of this appeal has been delayed by, among other complications, a ninety-day briefing extension granted to appellants based on their representations that their counsel had just withdrawn (or would soon do so) and that they needed to secure new counsel. That extension period has since expired, and appellants have now filed a motion requesting an additional thirty-day briefing extension, citing the same asserted justifications as before. Although this motion fails to comply with numerous requirements of the Texas Rules of Appellate Procedure[1] and the requested new extended deadline has already passed without appellants

---

[1] *See* Tex. R. App. P. 10.1(a), 10.5(b).

having made any evident effort to file their brief, we will nonetheless grant them one final extension to file their brief—until Friday, May 30, 2014.

We will grant appellants no further extensions. If appellants fail to file their brief by May 30, 2014, this appeal will be dismissed promptly for want of prosecution.[2]

It is ordered on May 9, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose

---

[2] *See id*. R. 42.3(b).